UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH KEESEE, ) | |
| ) | |
| Appellant, ) | |
| v. ) | **JUDGMENT** |
| ) | Case No. 7:19-cv-134-D |
| KIMBERLY NIFONG MITCHELL, ) | |
| ) | |
| Appellee. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the Bankruptcy Court Order of July 9, 2019. Keesee is specifically enjoined from litigating the State Court Actions, and SHALL DISMISS the State Court Actions. Keesee is PERMANENTLY ENJOINED from initiating or pursuing any claim or action against Mitchell that arises from or relates to the Domestic Action, the Agreement, or Mitchell's bankruptcy proceedings.

**This Judgment Filed and Entered on March 30, 2020, and Copies To:**

| | |
|---|---|
| Christopher A. Chleborowicz | (via CM/ECF electronic notification) |
| Alan E. Toll | (via CM/ECF electronic notification) |
| David J. Haidt | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **PETER A. MOORE, JR., CLERK** |
| March 30, 2020 | By:   /s/ Nicole Sellers          |
| | Deputy Clerk |